# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAHEEM JOHNSON, : | |
| Plaintiff : | |
| : | No. 1:18-cv-203 |
| v. : | |
| : | (Judge Rambo) |
| DEPUTY TRITT, *et al.*, : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 24th day of June 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT** Plaintiff's motion to compel discovery (Doc. No. 26) is **DENIED**.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge