# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAHEEM JOHNSON, : | |
| Plaintiff : | |
| : | No. 1:18-cv-203 |
| v. : | |
| : | (Judge Rambo) |
| DEPUTY TRITT, *et al.*, : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 5th day of December 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Johnson's motion to show cause (Doc. No. 56) is **GRANTED** to the extent that the Court will not dismiss Defendant Pandya pursuant to Rule 4(m) of the Federal Rules of Civil Procedure at this time;

2. Johnson's motion to compel discovery (Doc. No. 57) is **GRANTED IN PART** and **DENIED AS MOOT IN PART** as follows:

    a. The motion (Doc. No. 57) is **GRANTED** to the extent that counsel for Defendants is **DIRECTED** to, within seven (7) days of the date of this Order, provide, under seal, any information he may have concerning Dr. Pandya's current whereabouts. If counsel does not have such information, he is **DIRECTED** to advise the Court of that within the same period; and

    b. The motion (Doc. No. 57) is **DENIED AS MOOT** to the extent Johnson seeks an Order compelling Defendants to allow him to purchase copies of his medical records.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge
