IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAHEEM JOHNSON,

    Plaintiff

V.

DEPUTY TRITT, et al.,

    Defendant's

Civil Action

1:18-cv-0203

## RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Plaintiff, Raheem Johnson pro se, respectfully request this Honorable court to deny Defendant's Dr. Pandya, Department of Corrections motion for Summary Judgment, pursuant to Federal. R. Civ. P. rule 56, and local rule; and in support thereof incorporates, his brief in support, and Concise Statement of Material Fact's, filed contemporaneously within.

Respectfully submitted;

RAHEEM JOHNSON,

GR-6739

S.C.I. Chester

500 east 4th St.

Chester Pa 19013

Respectfully submitted;

Raheem Johnson

FILED
HARRISBURG, PA
JUN -9 2021
PER   IBZ
DEPUTY CLERK

CERTIFICATE OF SERVICE

I, Raheem Johnson, pro se Plaintiff, hereby certify that on this date 6/3/2021; served a true and correct copy of the forgoing, MOTION FOR SUMMARY JUDGMENT, upon the following by first class mail.

Caleb C. Enerson, Esq.
15th Floor Strawberry Square
Harrisburg, PA 17120

Meghan K. Adkins Esq.
Four PPG Place
5th Floor
Pittsburg, PA 15222

Sylvia H. Rambo
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Respectfully submitted;

Date.6/3/2021.

Raheem Johnson