# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAHEEM JOHNSON, | : | |
| Plaintiff | : | |
| | : | No. 1:18-cv-203 |
| v. | : | |
| | : | (Judge Rambo) |
| DEPUTY TRITT, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 22nd day of June 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The DOC Defendants' second motion for summary judgment (Doc. No. 86) and Defendant Pandya's motion for summary judgment (Doc. No. 100) are **GRANTED**;

2. The Clerk of Court is directed to defer the entry of judgment in favor of Defendants on the claims for which summary judgment has been granted until the conclusion of the above-captioned proceedings;

3. The above-captioned action is proceeding on Plaintiff's First Amendment retaliation claim against Defendant Mros;

4. The above-captioned case is **REFERRED** to the Court's Prisoner Litigation Settlement Program;

5. Joseph Barrett, Esq., the ADR Coordinator for the Middle District of Pennsylvania, is **APPOINTED** to serve as mediator;

6. All settlement discussions are confidential and may not be utilized by any party if settlement is not reached;

7. In order to reduce cost, time, expense, inconvenience, and to suitably address institutional security concerns, counsel for Defendant Mros and the mediator will coordinate with officials for the Department of

Corrections to schedule video-conference mediation sessions with Plaintiff at mutually convenient times, and in a manner that comports with the needs and concerns of prison officials;

8. The parties shall complete mediation within sixty (60) days of the date of this Order; and

9. The parties and the mediator shall promptly notify the Court in writing if this case is resolved through mediation.

s/ Sylvia H. Rambo
United States District Judge